728

Bascom GILES

v.

STATE.

No. 27978.

Court of Criminal Appeals of Texas.

Jan. 18, 1956.

Small, Small, & Craig, Rogan B. Giles, Austin, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Accomplice to theft over fifty dollars is the offense; the punishment, three years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.